# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00118-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BRANDON DEMARLO MONGHUR, aka Brandon Moungher & "Lil Red," | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant Brandon Monghur's Motion to Suppress (Doc. #13), filed on August 15, 2007. On November 1, 2007, the Honorable Lawrence R. Leavitt United States Magistrate Judge, entered a Report and Recommendation (Doc. #25) recommending that Defendant Monghur's Motion to Suppress (Doc. #13) be denied.

Defendant Monghur filed a timely Objection (Doc. #28) to Magistrate Judge Leavitt's report and recommendation, and those objections have now been fully briefed.

///
///
///
///

1  The Court has conducted a <u>de novo</u> review of the record in this case in
2  accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and finds that
3  Defendant Monghur's objections (Doc. #28) should be overruled and Magistrate Judge
4  Leavitt's Report of Findings and Recommendation (Doc. #25) Sustained.

5  IT IS THEREFORE ORDERED that Defendant Brandon Monghur's Motion to
6  Suppress (Doc. #13) is DENIED.

8  DATED: December 7, 2007.

_____
PHILIP M. PRO
United States District Judge